GUILIO SANTA BARBARA et al., Respondents, *v.* PASQUALE AVALLONE and STEFANO MIELE, INC., et al., Defendants, and STEFANO MIELE, Appellant.

(Submitted March 16, 1936; decided March 20, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 270 N. Y. 1.)